UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHLEY MENTH,

                        Case No. 2:20-cv-11514

        Plaintiff,

                        HONORABLE STEPHEN J. MURPHY, III

v.

CONCERTO HEALTHCARE, INC.,

        Defendant.

_____/

## STIPULATED ORDER
## FOR APPROVAL OF SETTLEMENT AGREEMENT

**WHEREAS**, Plaintiff filed this action against Defendant alleging a claim of failure to pay overtime in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*.

**WHEREAS**, Defendant denies the allegations in the Complaint and any other alleged violations of law.

**WHEREAS**, the Parties have agreed upon a settlement amount and the material settlement terms and have executed a Settlement Agreement and Release.

**WHEREAS**, the Parties contend that judicial approval of the Parties' Settlement Agreement and Release is necessary in order for it to be enforceable, in particular with regard to the settlement and release of Plaintiff's FLSA claims. *See Lynn's Food Stores v. U.S.*, 679 F.2d 1350 (11th Cir. 1982); *see also Robinson v. Sheppard Performance Grp., Inc.*, No. 19-12228, 2020 WL 619603 (E.D. Mich. Feb.

10, 2020); *Walker v. Ryan Transportation, Inc.*, No. 20-11688, 2021 WL 2786547 (E.D. Mich. June 15, 2021).

**WHEREAS**, the Parties have submitted the Settlement Agreement and Release to the Court for the Court's *in camera* review and approval.

**WHEREAS**, the Parties' Settlement Agreement and Release represents a reasonable compromise of Plaintiff and the opt-in Plaintiff's claims, which the Parties recognize would otherwise require extensive litigation to determine. The Settlement Agreement was negotiated on behalf of the Parties by counsel experienced in employment claims, including under the FLSA. Both the Parties and their respective counsel agree that the Settlement Agreement and Release, as submitted, is in the best interest of all Parties. Further, the Settlement Agreement and Release fairly and reasonably comprises each Party's interests, benefits and rights. *See Lynn's Food*, 679 F.2d at 1354; *Robinson*, at *2; *Walker*, at *1–2.

**WHEREAS**, the Court, after having conducted an *in camera* review of the Settlement Agreement and Release and being satisfied that it is a fair and reasonable settlement of Plaintiff and the opt-in Plaintiff's claims, and the Court being otherwise fully advised in the premises.

**IT IS HEREBY ORDERED** that the Settlement Agreement and Release be and is approved, as submitted.

**IT IS SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: October 14, 2021

Approved as to form and substance:

| | |
|---|---|
| /s/ Rod M. Johnston (with consent) | /s/ William R. Thomas |
| Kevin J. Stoops (P64371) | Joseph A. Starr (P47253) |
| Rod M. Johnston (P80337) | William R. Thomas (P77760) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Sommers Schwartz, P.C. | Starr, Butler, Alexopoulos & Stoner, PLLC |
| One Towne Square, 17th Floor | 20700 Civic Center Dr., Ste. 290 |
| Southfield, MI 48076 | Southfield, MI 48076 |
| kstoops@sommerspc.com | jstarr@starrbutler.com |
| rjohnston@sommerspc.com | wthomas@starrbutler.com |

Dated: October 13, 2021

3