UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHLEY MENTH,

Case No. 2:20-cv-11514

Plaintiff,

HONORABLE STEPHEN J. MURPHY, III

v.

CONCERTO HEALTHCARE, INC.,

Defendant.

_____/

**STIPULATED ORDER OF DISMISSAL**
**WITH PREJUDICE AND WITHOUT COSTS AND FEES**

The parties having stipulated to the dismissal of the above-referenced cause of

action with prejudice and without costs, interest and attorney fees to any party, and

the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the above entitled cause be and is

**DISMISSED WITH PREJUDICE** and without costs, interest and attorney fees to

any party.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: June 30, 2022

1

The parties hereby Stipulate and Agree:

<table>
<tr>
<td>

/s/ Rod M. Johnston (with consent)
Kevin J. Stoops (P64371)
Rod M. Johnston (P80337)
Attorneys for Plaintiff
Sommers Schwartz, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
kstoops@sommerspc.com
rjohnston@sommerspc.com

</td>
<td>

/s/ William R. Thomas
Joseph A. Starr (P47253)
William R. Thomas (P77760)
Attorneys for Defendant
Starr, Butler, Alexopoulos & Stoner, PLLC
20700 Civic Center Dr., Ste. 290
Southfield, MI 48076
jstarr@starrbutler.com
wthomas@starrbutler.com

</td>
</tr>
</table>

Dated: June 30, 2022